UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID L. PHILLIPS,

    Plaintiff,

    v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

Case No. C04-5693FDB

ORDER ADOPTING R&R AND REMANDING TO COMMISSIONER FOR FURTHER PROCEEDINGS

The Magistrate Judge issued a Report and Recommendation that this matter be remanded to the Commissioner for further proceedings. No objections have been filed. The Court having considered the record, hereby ORDERS:

1. The Court ADOPTS the Report and Recommendation;

2. This matter is REMANDED to the Social Security Commissioner for further proceedings.

3. Copies of this Order shall be sent to the parties and to the Honorable J. Kelley Arnold.

DATED this 20th day of September, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1